JENNIE IVERS, Respondent, *v.* CONTINENTAL CASUALTY COMPANY, Appellant.

*Ivers* v. *Continental Casualty Co.*, 136 App. Div. 907, affirmed.
(Argued December 12, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered December 11, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy of accident insurance.

*Walter S. Jenkins* and *Manton Maverick* for appellant.

*John T. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.